STATE OF NEW JERSEY v. THOMAS CROWSON.

January 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ALLEN.

January 24, 1983.

Petition for certification denied.

HALLIE VINES v. ORANGE MEMORIAL HOSPITAL.

January 24, 1983.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits. Jurisdiction is not retained.

JOHN TORCHIA v. WILLIAM F. FISHER AND GARDEN STATE AVIATION, INC.

January 24, 1983.

Leave to appeal is granted.